UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIMON ZHORNITSKY | : | |
| | : | DOCKET NO. 3:24-CV-00018-KAD |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE SCHOOL OF MEDICINE AND | : | APRIL 11, 2024 |
| CONNECTICUT MENTAL HEALTH CENTER | : | |
| | : | |
| DEFENDANTS | : | |
| | : | |

## NOTICE OF APPEARANCE

    Please enter the appearance of Patrick M. Noonan as attorney for the defendant, Yale School of Medicine, in the above-entitled matter.

                              THE DEFENDANT,
                              YALE SCHOOL OF MEDICINE,

                              By: *Patrick M. Noonan*
                                  PATRICK M. NOONAN – CT00189
                                  Carmody, Torrance, Sandak & Hennessey
                                  741 Boston Post Road, Suite 306
                                  Guilford, CT  06437
                                  Telephone: (203) 458-9168
                                  Fax: (203) 458-4424
                                  Email:  pnoonan@carmodylaw.com

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: *Patrick M. Noonan*
        Patrick M. Noonan