UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMON ZHORNITSKY : | |
| : | DOCKET NO. 3:24-CV-00018-KAD |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| YALE SCHOOL OF MEDICINE AND : | APRIL 11, 2024 |
| CONNECTICUT MENTAL HEALTH CENTER : | |
| : | |
| DEFENDANTS : | |

## **DEFENDANT, YALE SCHOOL OF MEDICINE'S, CORPORATE DISCLOSURE STATEMENT**

The Defendant, Yale University, hereby discloses pursuant to Fed. R. Civ. P. 7.1 that it is not a stock corporation and no publicly held company owns any shares of the defendant. The defendant, Yale School of Medicine is part of Yale University but is not a separate corporation.

THE DEFENDANT,
YALE UNIVERSITY

By: *Patrick M. Noonan*
PATRICK M. NOONAN – CT00189
Carmody, Torrance, Sandak & Hennessey
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@carmodylaw.com

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      *Patrick M. Noonan*
      Patrick M. Noonan