## OFFICER'S RETURN

STATE OF CONNECTICUT

                         ss: Hartford,                        June 14, 2024

COUNTY OF HARTFORD

Then and there by virtue hereof, on June 14, 2024, I served the within named defendant, **Connecticut Mental Health Center,** by leaving a true and attested copy of original SUMMONS IN A CIVIL CASE, COMPLAINT, E-FILE, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, IDENTIFICATION OF INITIAL DISCOVERY PROTOCOL FOR EMPLOYMENT CASES, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, NOTICE TO COUNSEL AND SELF-REPRESENTING PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with its Agent for Service, **William Tong, Attorney General, 165 Capitol Avenue, Hartford, CT 06106,** with my endorsements thereon.

The within and foregoing is original SUMMONS IN A CIVIL CASE, COMPLAINT, E-FILE, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, IDENTIFICATION OF INITIAL DISCOVERY PROTOCOL FOR EMPLOYMENT CASES, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, NOTICE TO COUNSEL AND SELF-REPRESENTING PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings hereon endorsed.

ATTEST:

*[signature]*

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

Case No.: 3:24-CV-00018-KAD

Fees:

| | |
|---|---|
| Service Fee | $ 50.00 |
| Copy | 36.00 |
| Endorsements | 1.50 |
| Travel | 22.00 |
| **$ 109.50** | |