UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMON ZHORNITSKY : | |
| : | CIVIL ACTION NO. 3:24-CV-00018-KAD |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| YALE SCHOOL OF MEDICINE AND : | |
| CONNECTICUT MENTAL HEALTH : | |
| CENTER : | |
| : | |
| DEFENDANTS : | |
| : | JULY 22, 2024 |

## YALE SCHOOL OF MEDICINE'S MOTION TO STAY

Pursuant to Rule 26(c), the defendant, Yale School of Medicine ("Yale"), respectfully requests that the Court enter an order staying all discovery until thirty days after the Court rules on both defendants' motions to dismiss. As explained in the accompanying memorandum of law, this motion should be granted because Yale has presented strong arguments for dismissal of the plaintiff's claims, the plaintiff has propounded broad discovery requests, and the limited stay will not prejudice to the plaintiff. Granting the stay will conserve judicial resources and spare all parties unnecessary expense for legal fees.

Although counsel for CMHC did not respond with a position before the filing of this motion, Yale notes that CMHC filed its own motion to stay, and thus unlikely has an objection to a similar motion filed by Yale. See, ECF No. 23. Upon inquiry, plaintiff's counsel indicated that he opposes this motion for the reasons stated in the plaintiff's objection to Connecticut Mental Health Center's ("CMHC") motion to stay discovery. See, ECF No. 31.

THE DEFENDANT,

YALE SCHOOL OF MEDICINE

By:  *Patrick M. Noonan*
      PATRICK M. NOONAN – CT00189
      COLLEEN NOONAN DAVIS – CT27773
      Carmody Torrance Sandak & Hennessey LLP
      Concept Park
      741 Boston Post Road, Suite 306
      Guilford, CT  06437
      Telephone:  (203) 458-9168
      Fax:  (203) 458-4424
      Email:  pnoonan@carmodylaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By:  *Patrick M. Noonan*
      Patrick M. Noonan