UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Simon Zhornitsky, | : | CIVIL NO. 3:24-cv-18-KAD |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| Yale School of Medicine, | : | January 31, 2026 |
| *Defendant.* | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter may be dismissed with prejudice and without an award of costs to either party.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| Simon Zhornitsky | Yale School of Medicine |
| /s/ | |
| Alexander T. Taubes, Esq. | /s/ |
| 470 James Street | Patrick M. Noonan |
| Suite 700 | Carmody Torrance Sandak & Hennessey LLP |
| New Haven, CT 06513 | 741 Boston Post Rd., Ste 306 |
| Federal Bar No. ct30100 | Guiford, CT 06437 |
| alextt@gmail.com | 203-458-9168 |
| | pnoonan@carmodylaw.com |